**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 06-2017

_____

ELAINE MURRY,

Plaintiff - Appellant,

versus

CITY OF FAYETTEVILLE; THE CUMBERLAND COUNTY
BOARD OF COMMISSIONERS; CUMBERLAND COUNTY
BUSINESS COUNCIL; THE LUNDY GROUP; 300 BLOCK
INVESTORS LLC; PENNINK & STROTHER PROPERTY
MANAGEMENT,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.   W. Earl Britt, Senior
District Judge.   (5:05-cv-00861-BR)

_____

Submitted: November 21, 2006          Decided:  November 29, 2006

_____

Before TRAXLER and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Elaine Murry, Appellant Pro Se.  James R. Nance, Jr., REID, LEWIS,
DEESE, NANCE & PERSON, Fayetteville, North Carolina; Karen M.
McDonald, CITY OF FAYETTEVILLE, Fayetteville, North Carolina;
Douglas Edward Canders, CUMBERLAND COUNTY ATTORNEY'S OFFICE,
Fayetteville, North Carolina; John Roseboro, THE BANKS LAW FIRM,
Research Triangle Park, North Carolina; Steven B. Epstein, Raymond
Albert Starling, HUNTON & WILLIAMS, Raleigh, North Carolina; Garris

Neil Yarborough, THE YARBOROUGH LAW FIRM, Fayetteville, North Carolina; Steven James O'Connor, MCCOY, WEAVER, WIGGINS, CLEVELAND & RAPER, Fayetteville, North Carolina, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elaine Murry appeals the district court's order dismissing her civil rights action filed pursuant to 42 U.S.C. §§ 1982 and 2000d (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the district court.  See Murry v. City of Fayetteville, No. 5:05-CV-861-BR (E.D.N.C. Aug. 17, 2006).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED